LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

_____

TELEPHONE: (410) 752-1630
FACSIMILE: (410) 752-0085

EDWIN L. KEATING, III
KEATING@ACKLAW.COM

March 24, 2003

The Honorable Benson Everett Legg
United States District Court
For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Balto., MD 21201

    Re:  Phillis Green vs. Home Depot
         Civil Action No. L-03-510

Dear Judge Legg:

    Pursuant to your Scheduling Order the parties hereby make a joint request for an early settlement/ADR conference. Additionally, each party requests that they be given twelve hours for the purpose of deposing fact witnesses. Finally, the parties do not consent to proceed before a United States Magistrate Judge.

    Thank you for your attention to this matter.

         Very truly yours,

| _____ | _____ |
|---|---|
| Edwin L. Keating, III | Michael O. Ramsey, Esq |
| Attorney for Defendant, | Attorney for Plaintiff, |
| Home Depot U.S.A. Inc. | Phillis Green |

ELK/cjf

.