# Memorandum To File

**Client Name**
PHILLIS        GREEN
            vs.
HOME DEPOT

**Case No.:** L-03-510

**Today's Date:** 3/31/03
**Time:** 1:22:05 PM
**Type Of Case:** PERSONAL INJURY/ SCH. ORDER
**Atty:**

---

IN THE UNITED STATE'S DISTRICT COURT OF MARYLAND

| | |
|---|---|
| PHILLIS GREEN ) | |
| 2023 Whisperwoods Way ) | |
| Baltimore, MD 21244 ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| THE HOME DEPOT ) | |
| 6000 Baltimore National Pike ) | CASE NO.: L-03-510 |
| Baltimore, MD 21218 ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

Plaintiff's Rule 26(a)(1) Initial Disclosures

(A) The names and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

Response: Plaintiff, Phillis Green, 2023 Wisperwoods Way, Baltimore, MD 21244.  The plaintiff has personal knowledge of how the bricks were improperly stacked and fell on her right foot.  There may also be presently unidentified Home Depot servants, agents, and/or employees who were on duty in the garden

shop prior to, or near the time of the occurrence who may also have discoverable information relevant to the facts in this case.

Charles Lee , 5434 Dogwood Road, Baltimore MD 21244 and Beverly Bowles,  5434 Dogwood Road, Baltimore MD 21244 are friends of the Plaintiff who arrived after the injury occurred and will testify as to Plaintiff's injury and the accident scene immediately after the accident.

(B)  A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings.

Response:  No such documents as specifically relating to the occurrence are presently in the possession of the plaintiff, with the exception of medical/treatment records and employment records.  Undersigned counsel for the plaintiff will make all such documents available for inspection and copying by the defendant.  Upon information and belief, the plaintiff alleges that to the extent any contemporaneous documents relating to the occurrence exist, such documents are in the possession of the defendant.

(C)  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Response:  As a result of the occurrence of June 14, 2002, the plaintiff sustained painful and disabling injuries to her right foot, right calf, and a sprained right knee when a stack of bricks fell on her while she was in the Home Depot garden shop.  The plaintiff was disabled for a period of time and was required to undergo medical treatment: Bon Secours Hospital $325.40; Metra Health, $80.00; Allyn Koger, physical therapist $90.00; Dr. Reginald Crosley $4,035.00. Plaintiff is currently treating with  Steven J Tilles M. D. 7131  Suite 100, Liberty Hts. Avenue, Baltimore MD  21244 . Plaintiff is not currently in possession of the bill for services from Dr. Tilles. Lost wages: 43 hrs. 6/17/02-6/21/02, 9/16-17/02).  The plaintiff earns $1,125.64 bi-weekly as a Customer Service Agent II at the Maryland Department of Motor Vehicles.  The plaintiff incurred expenses for medication and a knee brace in the sum of $222.40 and $20.16 at Neighbor Care Pharmacy   For her physical injuries and emotional pain and suffering, the plaintiff claims additional compensatory damages in an amount to be determined at trial.

(D)  For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Response:  Not applicable.

Respectfully submitted,

By:

    _____
Michael O. Ramsey, Esq.
2122 Maryland Avenue
Baltimore, Maryland 21218
(410) 752-1646

Attorney for Plaintiff