LAW OFFICES

# ANDERSON, COE & KING, LLP

201 NORTH CHARLES STREET
SUITE 2000
BALTIMORE, MARYLAND 21201-4135

TELEPHONE: (410) 752-1630
FACSIMILE:  (410) 752-0085

EDWIN L. KEATING, III
KEATING@ACKLAW.COM

April 28, 2003

The Honorable Susan K. Gauvey
United States District Court
For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

     Re:  Phillis Green vs. Home Depot
           Civil Action No. L-03-510

Dear Judge Gauvey:

     I write in response to your March 27, 2003 letter scheduling the settlement conference for May 19, 2003 at 8:00 a.m. in your chambers. Unfortunately, I have a conflict with that date. I am scheduled to attend a hearing for a Motion to Dismiss in the Circuit Court for Baltimore County at 11:30 a.m. in the case of <u>Ferguson v. Rite Aid</u>, case number: 03-C-02-13483. I have informed Plaintiff's counsel of this conflict and he has consented to a postponement of the settlement conference. Accordingly, I am requesting that the settlement conference be postponed and that counsel contact your office to reschedule the conference.

     Should you have any questions regarding this letter, please feel free to contact me.

Very truly yours,

/ s /

Edwin L. Keating, III

Cc: Michael O. Ramsey, Esquire