PHYLLIS GREENE                                IN THE

                      Plaintiff(s)     UNITED STATES

                                        DISTRICT COURT

HOME DEPOT

                                        OF  MARYLAND

                      Defendant

Case No.:

L-03-510

### CERTIFICATE REGARDING   DISCOVERY

I hereby certify, that on 5/8/2003 , a true copy of  Plaintiff's List Of Experts was mailed to: Matthew Angotti, 201 N. Charles St., Ste. 2000, Baltimore, Maryland    21201. I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided

_____

Michael O. Ramsey
2122 Maryland Avenue
Baltimore MD 21218
410-752-1646

### CERTIFICATE  OF  SERVICE

I  hereby  certify,  that  on    5/8/2003 , a true copy of Certificate RegardingPlaintiff's List Of Experts was mailed , to: Matthew Angotti, 201 N. Charles St., Ste. 2000, Baltimore, Maryland   21201. .

_____

Michael O. Ramsey