PHYLLIS GREENE | IN THE
Plaintiff(s) | UNITED STATES
 | DISTRICT COURT
HOME DEPOT | OF MARYLAND
Defendant |

Case No.:
L-03-510

### CERTIFICATE REGARDING DISCOVERY

I hereby certify, that on 5/8/2003 , a true copy of Interrogatories was mailed to: Matthew Angotti, 201 N. Charles St., Ste. 2000, Baltimore, Maryland 21201. I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided

_____
Michael O. Ramsey
2122 Maryland Avenue
Baltimore MD 21218
410-752-1646

### CERTIFICATE OF SERVICE

I hereby certify, that on   5/8/2003 , a true copy of Certificate RegardingPlaintiff's Interrogatories  was mailed , to: Matthew Angotti, 201 N. Charles St., Ste. 2000, Baltimore, Maryland  21201. .

_____
Michael O. Ramsey