UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                 Reply to Northern Division Address

May 9, 2003

Michael O. Ramsey
2122 Maryland Avenue
Baltimore, Maryland 21218

                                                 Re:    Case No. L 03-510
Dear Counsel/Party:                            Green v. Home Depot

      Your Certificate of Discovery was filed electronically on 5/9/03; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**
☐ Case caption and number do not match. Document should be refiled in case no.: _____.
☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.
☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**
☐ Discovery requests and responses should not be filed with the court.
☒ Notices of service of discovery requests and responses should not be filed with the court.
☐ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**
☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Other. _____

Very truly yours,

      /s/
Evaleen Gibbons
for
Felicia C. Cannon, Clerk

cc: Other counsel/party

U.S. District Court (Rev. 3/3/2003) - Filed in Error Letter - Clerk's Version

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov