UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
SUSAN K. GAUVEY
U.S. MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4953

June 12, 2003

Michael O. Ramsey, Esq.
2122 Maryland Avenue
Baltimore, MD 21218

Matthew T. Angotti, Esq.
Edwin L. Keating, III, Esq.
Suite 2000
201 North Charles Street
Baltimore, MD 21201

    Re:  Phyllis Green v. Home Depot
         Civil No. L-03-510

Dear Counsel:

    At Mr. Keating's request, the settlement conference in the above case has been rescheduled to Wednesday, August 27, 2003, at 9:30 a.m.

    Please be advised that your settlement letters requested in my March 27, 2003 letter order, will now be due on July 30, 2003. Plaintiff shall submit a written itemization of damages and a settlement demand to the defendant on July 30, 2003, with a copy to the Court, and the defendant shall submit a written offer to the plaintiff and any alternate itemization of damages on August 6, 2003, again with a copy to the Court.

    I look forward to seeing you on August 27th.

                        Sincerely yours,

                        /s/

                        Susan K. Gauvey
                        United States Magistrate Judge

cc:  Honorable Benson E. Legg
     Court File