IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PHYLLIS GREEN | * | |
| Plaintiff | * | |
| V. | * | |
| HOME DEPOT | * | Case #: L-03-510 |
| Defendant | | |

## JOINT MOTION FOR CONTINUANCE OF THE DISCOVERY DEADLINE

The Parties in the above-captioned case by and through their respective attorneys, Edwin L. Keating III and Michael O. Ramsey, do hereby respectfully request that the discovery deadline be extended from July 23, 2003 until August 23, 2003 for the limited purpose conducting depositions of treating physicians, expert witnesses, and for conducting IMEs, and for good cause state as follows:

1. The action herein involves a claim by the plaintiff, Phyllis Green, against defendant, Home Depot U.S.A. Inc., for injuries she alleges to have sustained when stones fell on her foot while she was attempting to remove stones from a palletized display at a Home Depot Store.

2. The parties have been working together and have been actively engaged in discovery.

3. This request for additional time to complete discovery is being made because of difficulty coordinating deposition dates and IMEs with doctors who for professional and personal reasons are unavailable during the month of July.

4.      This request for an extension of the discovery deadline will not effect any of the other deadlines in the Court's Scheduling Order or the trial date.

5.      This request is made in good faith and not for the purpose of delay.

**WHEREFORE**, Defendants and Plaintiff request that this Court grant their Motion for Continuance and that the Discovery deadline be extended for the limited purpose of conducting depositions of treating physicians, expert witnesses, and IME's until August 23, 2003.

Respectfully submitted,

| | |
|---|---|
| _____ | _____ |
| Michael O. Ramsey | Edwin L. Keating (Bar No. 26169) |
| 2122 Maryland Ave | Anderson, Coe & King LLP |
| Baltimore, MD 21218 | 210 N. Charles Street, Suite 2000 |
| (410) 752-1646 | Baltimore, Maryland 21201 |
| Attorney for Plaintiff | (410)752-1630 |
| | Attorney for Defendant |